# CASE INITIATING DOCUMENT