UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SPROTT RESOURCE LENDING CORP. | ) | |
| f/k/a QUEST CAPITAL CORP., | ) | MISCELLANEOUS NO. |
| | ) | |
| Applicant, | ) | 3:15-MC-0086-G |
| | ) | |
| For an Order Pursuant to 28 U.S.C. | ) | |
| § 1782 Granting Leave to Obtain | ) | |
| Discovery from Regions Bank for Use in | ) | |
| Foreign Proceedings. | ) | |

### ORDER OF REFERENCE

Under the authority of 28 U.S.C. § 636(b), this case is hereby **REFERRED** to **United States Magistrate Judge David L. Horan** for hearing, if necessary, and determination.

**SO ORDERED**.

August 20, 2015.

*A. Joe Fish*
A. JOE FISH
**Senior United States District Judge**